■ School of Music of the Brooklyn Free Musical Society, Inc., Respondent, v. Fred G. Moritt et al., Copartners Doing Business as Moritt & Eisenstein, Appellants.— In an action to recover trust funds, defendants appeal from an order of the Supreme Court, Kings County, dated December

28, 1954, denying their motion, pursuant to rule 106 of the Rules of Civil Practice, to dismiss the second amended complaint as insufficient in law, and denying their motion for other alternative relief. Appeal discontinued, without costs, pursuant to stipulation of the parties, dated December 30, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.